AO 247 (Rev.  11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JAMES JAQUISE ODOM | ) |
| | ) |
| Date of Original Judgment: | ) |
| Date of Previous Amended Judgment: _July 31, 2008_ | ) |
| *(Use Date of Last Amended Judgment if Any)* | |

Case No:  08-00043-001

USM No:  100142-003

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _121_ months **is reduced to** _97 months_ .

Except as otherwise provided, all provisions of the judgment dated _July 31, 2008_ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: _January 26, 2012_

_/s/  Callie V. S. Granade_
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*